IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| YOLANDA HUDSON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | No. 1:13-CV-21070-BLOOM/VALLE |
| TEVA PHARMACEUTICALS USA, INC., TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., JOHN DOE #1 THROUGH JOHN DOE #10, | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Yolanda Hudson and Defendants, Teva Pharmaceuticals USA, Inc. and Teva Branded Pharmaceutical Products R&D, Inc. (collectively, the "Parties"), hereby stipulate to the dismissal of all of the claims asserted by Plaintiff in the above-styled action, with prejudice. The Parties shall bear their own costs and fees.

Stipulated and Agreed to this 13 day of August, 2015 by:

/s/ Willie E. Gary

Willie E. Gary, Esq.
Sekou Gary, Esq.
Glenn Crickenberger, Esq.
Gary, Williams, Parenti, Watson & Gary, P.L.
221 South East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260
Fax: (772) 283-4996
tb@williegary.com
Sekou@williegary.com
glenn@williegary.com

Gregory D. Curtis Esq.
17325 NW 27th Ave. #103
Miami Gardens, Florida 33056
Tel: (305) 622-9199
Fax: (305) 622-9129
ggcurtis1999@yahoo.com
curtislawoffice@bellsouth.net

**Attorneys for Plaintiff Yolanda Hudson**

/s/ David A. Coulson

David A. Coulson
Fla Bar No. 176222
Courtney B. Green
Fla. Bar No. 052622
Greenberg Traurig
333 SE 2nd Avenue Suite 4400
Miami, Florida 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
coulsond@gtlaw.com
greenco@gtlaw.com

Jennifer Levy (*pro hac vice*)
Jason R. Parish (*pro hac vice*)
Mike Kilgariff (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jennifer.levy@kirkland.com
jason.parish@kirkland.com
mike.kilgarriff@kirkland.com

Jay P. Lefkowitz (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
lefkowitz@kirkland.com

**Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Branded Pharmaceutical Products R&D, Inc.**